UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAWANA HARRIS | CIVIL ACTION |
| VERSUS | No. 19-1169 |
| COMPLETE LOGISTICAL SERVICES, LLC, ET AL. | SECTION: "L"(5) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's suit is dismissed without prejudice pursuant to Rules 4(m) and 41(b) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 19th day of August, 2019.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE